# CASEY & BARNETT, LLC
## ATTORNEYS AT LAW
### 305 Broadway, Ste 1202
### New York, New York 10007

MARTIN F. CASEY*  
GREGORY G. BARNETT**  
CHRISTOPHER M. SCHIERLOH  
JAMES P. KRAUZLIS*

Telephone: (212) 286-0225  
Facsimile: (212) 286-0261  
Web: www.caseybarnett.com

NEW JERSEY OFFICE  
Casey & Barnett, LLP  
154 South Livingston Ave, Ste 106  
Livingston, New Jersey 07039

\* Admitted in NY and NJ  
\*\* Admitted in NY, NJ, La and Oh

**jpk@caseybarnett.com**  
**Direct: 646-362-8925**

**MEMO ENDORSED**

July 31, 2020

*Via ECF*

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/3/2020

Honorable Valerie Caproni  
United States District Court  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, New York 10007

Re: **Carl Schroter GmbH & Co. KG et al.**  
**v. MSC Mediterranean Shipping Company S.A.**  
20 cv 04640 (VEC)  
Our Ref: 519-08

Dear Honorable Judge Caproni:

We represent the Plaintiff in the referenced matter. We note that the Court has scheduled the initial Rule 16 Conference for August 7, 2020 at 10:30 am pursuant to the Court's Order dated June 22, 2020 (Docket no. 6).

We confirm that Defendant, MSC Mediterranean Shipping Company S.A. ("MSC"), has waived service of the Complaint and its response to due to be filed on or before August 18, 2020. Further, we are advised that MSC has today appointed counsel to represent them in this action. We have been in contact with MSC's counsel today who advise that they are currently taking instructions regarding this action.

In these circumstances, the attorneys for the parties herein respectfully request that Your Honor adjourn the Rule 16 Conference for two weeks until August 21, 2020 at 10:30 a.m. to permit MSC's counsel to obtain instructions and therefore be in a position to meaningfully participate in the completion of joint letter and proposed case management plan. This is the first request for an adjournment of the Rule 16 Conference. We would also respectfully request the due date for our joint letter to the Court and the proposed case management plan be likewise adjourned.

We thank Your Honor for considering our request.

        Respectfully submitted,  
        **CASEY & BARNETT, LLC**

        James P. Krauzlis

cc:   Mark A. Beckman, Esq    *via email*    mbeckman@grsm.com  
      James A. Marissen, Esq    *via email*    jmarissen@grsm.com

Application GRANTED.

The IPTC is adjourned to **August 21, 2020, at 10:30 a.m.** The parties' joint letter and proposed CMP are due no later than **August 13, 2020**.

SO ORDERED.

8/3/2020

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE